UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

BEVERLY NORBERG, RANDI
RACHAL, SARAH BAYL, SYDNEY
NORBERG and VICTOR NORBERG,

      Plaintiffs,

v.

NEW LIFE COMMUNITY CHURCH
OF CMA, INC., PRISCILLA
HEFFIELD, RON HEFFIELD, DANIEL
HEFFIELD, THE CHRISTIAN AND
MISSIONARY ALLIANCE, INC. and
THE SOUTHEASTERN DISTRICT OF
THE CHRISTIAN AND MISSIONARY
ALLIANCE,

      Defendants.
_____/

Case No: 6:15-cv-971-Orl-22KRS

## PLAINTIFFS' NOTICE OF VOLUNTARY DISMISSAL

COME NOW, the Plaintiffs, BEVERLY NORBERG, SYDNEY NORBERG and BEVERLY NORBERG and VICTOR NORBERG as parents of JANE DOE, by and through their undersigned attorneys, and give notice of voluntarily dismissing this action pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure. Pursuant to the Court's July 2, 2015 order, the only remaining opposing parties are RON HEFFIELD, NEW LIFE COMMUNITY CHURCH, and DANIEL HEFFIELD, none of whom have served an answer to any complaint or filed any motion for summary judgment in state or federal court.

      Respectfully Submitted,

      **OVERCHUCK LAW FIRM**

By: /s/*John K. Overchuck*
JOHN K. OVERCHUCK, ESQUIRE
Florida Bar No.: 580791
1503 W. Smith Street
Orlando, FL  32804
Telephone:   (407) 478-4935
Facsimile:    (321) 285-0430
Attorneys for Plaintiff
john@overchuck.com
katie@overchuck.com
nasha@overchuck.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on July 15, 2015, the foregoing document was electronically filed with the Clerk of the Court using CM/ECF and is also being served on all counsel of record listed via transmission of Notices of Electronic Filing generated by CM/ECF.

## SERVICE LIST

| | |
|---|---|
| David J. Pascuzzi, Esquire<br>Steven G. Schwartz, Esquire<br>The Schwartz Law Group<br>6751 North Federal Highway<br>Suite 400<br>Boca Raton, FL 33487<br>djp@theschwartzlawgroup.com,<br>cml@theschwartzlawgroup.com,<br>sgs@theschwartzlawgroup.com<br>*Counsel for Defendants, New Life Community Church and Ron Heffield* | Joseph T. Kissane, Esquire<br>Paula A. Parker, Esquire<br>Cole, Scott & Kissane, P.A.<br>4686 Sunbeam Road<br>Jacksonville, FL 32257<br>joe.kissane@csklegal.com,<br>paula.parker@csklegal.com,<br>april.jarvis@csklegal.com<br>*Counsel for Defendant, Priscilla Heffield* |
| Richards H. Ford, Esquire<br>Raymond E. Watts, Jr., Esquire<br>Raychel A. Garcia, Esquire<br>Wicker Smith O'Hara McCoy & Ford, P.A.<br>390 N. Orange Ave., Suite 1000<br>Post Office Box 2753<br>Orlando, FL 32802-2753<br>ORLcrtpleadings@wickersmith.com<br>*Counsel for The Christian and Missionary Alliance, Inc.* | Michael A. Sastre, Esquire<br>Aaron H. Epstein, Esquire<br>GrayRobinson, P.A.<br>333 S.E. 2nd Avenue<br>Suite 3200<br>Miami, FL 33131<br>michael.sastre@gray-robinson.com;<br>karen.rodriguez@gray-robinson.com<br>*Counsel for The Southeastern District of the Christian and Missionary Alliance* |
| Griffith J. Winthrop, III, Esquire<br>Florida Bar No.:  105597 | Susan W. Fox, Esquire<br>Florida Bar No.:  241547 |

| | |
|---|---|
| Alvarez, Winthrop, Thompson & Storey, P.A<br>390 N. Orange Avenue, Ste. 600<br>Orlando, FL  32801<br>Telephone No.:           (407) 210-2796<br>Facsimile No.: (407) 210-2795<br>*gjw@awtspa.com;*<br>*acrispi@awtspa.com;*<br>*eservice@awtspa.com*<br>*Counsel for Plaintiffs* | Fox & Loquasto, P.A.<br>122 East Colonial Drive<br>Suite 100<br>Orlando, FL  32801<br>*susanfox@flaappeal.com*<br>*Counsel for Plaintiffs* |

Gray R. Proctor, Esquire
Florida Bar No.: 48192
The Law Office of Gray R. Proctor, PLLC
122 E. Colonial Dr., Suite 100
Orlando, FL 32801
Telephone:  321-445-1951
Facsimile No.:  321-445-5484
Attorneys for Plaintiff
*gray@appealsandhabeas.com*
*Counsel for Plaintiffs*